# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA WILLIAMS, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SWEET HOME | : | |
| HEALTHCARE, LLC, et al., | : | No. 16-2353 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **26th** day of **June**, **2017**, it is hereby **ORDERED** that:

1. Upon consideration of Defendants' Motion to Compel, and Plaintiffs' response thereto, the motion (Document No. 41) is **GRANTED in part** and **DENIED in part**.

   A. Plaintiffs must, by **Wednesday, July 5, 2017**, provide responsive answers to Defendants' Document Requests, Nos. 5, 7, 9, 12, 19, 26, 27, 42–46, 50, and 51, and to Defendants' Interrogatories, Nos. 7 and 11.

   B. Plaintiffs must, by **Wednesday, July 5, 2017**, provide responsive answers to Defendants' Document Requests, No. 6, and to Defendants' Interrogatories, Nos. 1 and 2, limited to the time period that Plaintiffs are seeking damages in this action.

   C. Plaintiffs must, by **Wednesday, July 5, 2017**, provide responsive answers to Defendants' Document Requests, Nos. 18, 20, and 21, with any necessary redactions.

   D. Plaintiffs must, by **Wednesday, July 5, 2017**, provide complete answers to Defendants' Documents Requests, Nos. 1, 2, 15–17, 29, 54, and 55, and

to Defendants' Interrogatories, Nos. 8, 9, 13, and 15.

    E.    Plaintiffs' response to Defendants' Interrogatories, No. 4, is sufficient.

2. In order to allow Defendants' to incorporate Plaintiffs' responses, the deadline for Defendants' response to the motion for class certification will be **Monday, July 10, 2017**.

3. Upon consideration of Defendants' Motion for Reconsideration of Protective Order, the motion (Document No. 51) is **DENIED**.

4. Defendants and Plaintiffs are reminded of their obligation under the Court's June 6, 2017, Order to compile and agree on a list of all employees of Defendants within the relevant time frame of this dispute by June 30, 2017.

**BY THE COURT:**

**Berle M. Schiller, J.**