IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA WILLIAMS, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SWEET HOME | : | |
| HEALTHCARE, LLC., et al., | : | No. 16-2353 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **31st** day of **January**, **2018**, upon consideration of Plaintiffs' Motion for FLSA Conditional Collective Action Certification and Judicial Notice (Document No. 21) and Plaintiffs' Motion for Class Certification (Document No. 42), and all responses, replies, and sur-replies thereto and thereon, and for the reasons stated in the Court's Memorandum dated January 31, 2018, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for FLSA Conditional Collective Action Certification and Judicial Notice is **GRANTED.**

2. Plaintiffs' Motion for Class Certification is **GRANTED.** The following class is hereby certified pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3): All individuals employed by Defendants in the position of Home Health Aide or Direct Care Worker in Pennsylvania at any time in the three years prior to the commencement of this lawsuit until the present who were not paid at 1.5 times their regular rate of pay or who were paid at 1.5 times a reduced hourly rate for all hours worked over forty in one or more workweeks.

3. The following individuals are hereby appointed as class representatives: Lawrence Harris and Tina Williams.

4. The law firm of Weir & Partners is appointed as class counsel pursuant to Rule 23(c)(1)(B).

5. The parties shall confer regarding an appropriate notice of the Rule 23 class action and the FLSA collective action. Within 30 days of the date of this Order, the parties shall submit a proposed notice to the Court.

6. It is **FURTHER ORDERED** that upon consideration of Defendants' Motion to Strike the Declaration of Amy R. Brandt and to Preclude Testimony (Document No. 61), Plaintiffs' response thereto, and Defendants' reply thereon, the motion is **DENIED**.

BY THE COURT:

**Berle M. Schiller, J.**