IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TINA WILLIAMS, *et al.*, | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SWEET HOME | : | |
| HEALTH CARE, LLC, *et al.*, | : | No. 16-2353 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **9th** day of **November**, **2018**, upon consideration of Plaintiffs' Uncontested Motion for Final Approval of Collective and Class Action Settlement and Attorneys' Fees, Costs, Administrative Fees and Class Representatives Service Fees, and for the reasons stated in the Court's Memorandum dated November 9, 2018, it is **ORDERED** that:

1. The motion (Document No. 90) is **GRANTED**.

2. Final approval of the Settlement is **GRANTED**.

3. The Court awards attorneys' fees in the amount of $541,667, costs in the amount of $49,868.05, claims administration expenses not to exceed $22,000, and class representative service fees in the amount of $6,000 to each Harris and Williams.

**BY THE COURT:**

*/s/ Berle M. Schiller*

_____
**Berle M. Schiller, J.**